UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | Case No. 16-52891-RBK |
| | § | |
| SIMON R. RODRIGUEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Johnny W. Thomas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $15,366.00 | Assets Exempt: | $75,765.00 |
| Total Distributions to Claimants: | $7,166.42 | Claims Discharged Without Payment: | $16,266.11 |
| Total Expenses of Administration: | $5,833.58 | | |

3) Total gross receipts of $13,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $13,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $18,000.00 | $18,539.79 | $146.33 | $146.33 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $5,833.58 | $5,833.58 | $5,833.58 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $21,322.00 | $7,752.20 | $7,752.20 | $7,020.09 |
| **Total Disbursements** | $39,322.00 | $32,125.57 | $13,732.11 | $13,000.00 |

4). This case was originally filed under chapter 7 on 12/14/2016. The case was pending for 30 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/28/2019          By: /s/ Johnny W. Thomas
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Single-family home 1413 Romero San Antonio vacant lot Bexar County | 1110-000 | $13,000.00 |
| **TOTAL GROSS RECEIPTS** | | $13,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Auto Finance, a division of Capital On | 4110-000 | $18,000.00 | $18,393.46 | $0.00 | $0.00 |
| | taxes | 4700-000 | $0.00 | $146.33 | $146.33 | $146.33 |
| **TOTAL SECURED CLAIMS** | | | $18,000.00 | $18,539.79 | $146.33 | $146.33 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Johnny W. Thomas, Trustee | 2100-000 | NA | $2,050.00 | $2,050.00 | $2,050.00 |
| Johnny W. Thomas, Trustee | 2200-000 | NA | $816.49 | $816.49 | $816.49 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $3.38 | $3.38 | $3.38 |
| closing costs | 2500-000 | NA | $884.40 | $884.40 | $884.40 |
| Independent Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Integrity Bank | 2600-000 | NA | $204.31 | $204.31 | $204.31 |
| Janet Rakowitz, Accountant for Trustee | 3410-000 | NA | $375.00 | $375.00 | $375.00 |
| realtor commissions, Realtor for Trustee | 3510-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,833.58 | $5,833.58 | $5,833.58 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Simon Rodriguez | 7100-000 | $0.00 | $316.98 | $316.98 | $287.05 |
| 3 | Wells Fargo Bank, N.A. | 7100-000 | $4,887.00 | $5,821.18 | $5,821.18 | $5,271.43 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $901.00 | $882.57 | $882.57 | $799.22 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $731.47 | $731.47 | $662.39 |
|  | Home Depot Credit Services | 7100-000 | $732.00 | $0.00 | $0.00 | $0.00 |
|  | Synchrony Bank JC Penney | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Walmart/Synchrony Bank | 7100-000 | $631.00 | $0.00 | $0.00 | $0.00 |
|  | Wells Fargo Bank, N.A. | 7100-000 | $8,417.00 | $0.00 | $0.00 | $0.00 |
|  | Wells Fargo Card Services | 7100-000 | $5,754.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $21,322.00 | $7,752.20 | $7,752.20 | $7,020.09 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1     Exhibit 8

| | | |
|---|---|---|
| Case No.: | 16-52891-K-7 | Trustee Name: Johnny W. Thomas |
| Case Name: | RODRIGUEZ, SIMON R. | Date Filed (f) or Converted (c): 12/14/2016 (f) |
| For the Period Ending: | 6/28/2019 | §341(a) Meeting Date: 01/17/2017 |
| | | Claims Bar Date: 09/06/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Single-family home 1509 Romero San Antonio TX 78237, Bexar County. homestead | $72,120.00 | $0.00 | | $0.00 | FA |
| 2  Single-family home 1413 Romero San Antonio vacant lot Bexar County | $8,230.00 | $8,230.00 | | $13,000.00 | FA |
| 3  2010 Chrysler 300S 2010 Chrysler 300S | $14,525.00 | $0.00 | | $0.00 | FA |
| 4  household goods | $2,500.00 | $0.00 | | $0.00 | FA |
| 5  electronics | $700.00 | $0.00 | | $0.00 | FA |
| 6  clothing | $350.00 | $0.00 | | $0.00 | FA |
| 7  jewelry | $20.00 | $0.00 | | $0.00 | FA |
| 8  CAsh | $5.00 | $0.00 | | $0.00 | FA |
| 9  Checking account: Checking account Wells FArgo | $836.00 | $0.00 | | $0.00 | FA |
| 10 Pension plan: Pension health care stipend from HEB pays at $75 per quarter | $75.00 | $0.00 | | $0.00 | FA |
| 11 Fireman's Fund term Life children | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$99,361.00     $8,230.00     $13,000.00     $0.00

**Major Activities affecting case closing:**

03/01/2018    Pending final tax return, then TFR.
09/30/2017    Claims adjudication, tax return, TFR pending.
03/31/2017    Pending sale of real property - Romero

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):** 06/01/2018     /s/ JOHNNY W. THOMAS

JOHNNY W. THOMAS

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-52891-K-7 | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|
| Case Name: | RODRIGUEZ, SIMON R. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9880 | | Checking Acct #: | ******2891 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/14/2016 | | Blanket bond (per case limit): | $66,500,000.00 |
| For Period Ending: | 6/28/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/08/2017 | | Alamo Title Company | closing costs | * | $10,469.27 | | $10,469.27 |
| | {2} | | Sale of Real Property        $13,000.00 | 1110-000 | | | $10,469.27 |
| | | | realtor commissions          $(1,500.00) | 3510-000 | | | $10,469.27 |
| | | | taxes                        $(146.33) | 4700-000 | | | $10,469.27 |
| | | | closing costs                $(884.40) | 2500-000 | | | $10,469.27 |
| 05/19/2017 | 3001 | Johnny W. Thomas, Law Office | Reimbursement of Filing fees docket #19 | 2200-000 | | $181.00 | $10,288.27 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $10.99 | $10,277.28 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.78 | $10,262.50 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.25 | $10,247.25 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.23 | $10,232.02 |
| 10/02/2017 | 3002 | INTERNATIONAL SURETIES | bond 016071777 | 2300-000 | | $3.38 | $10,228.64 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.20 | $10,213.44 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.68 | $10,198.76 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.15 | $10,183.61 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.13 | $10,168.48 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.65 | $10,154.83 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.09 | $10,139.74 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.58 | $10,125.16 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.04 | $10,110.12 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.54 | $10,095.58 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.00 | $10,080.58 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $2.41 | $10,078.17 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($2.41) | $10,080.58 |
| 08/14/2018 | 3003 | Janet Rakowitz | Preparation of tax return Docket #28 | 3410-000 | | $375.00 | $9,705.58 |
| 11/20/2018 | 3004 | Johnny W. Thomas | Trustee Compensation | 2100-000 | | $2,050.00 | $7,655.58 |
| 11/20/2018 | 3005 | Johnny W. Thomas | Trustee Expenses | 2200-000 | | $635.49 | $7,020.09 |
| 11/20/2018 | 3006 | Simon Rodriguez | Distribution on Claim #: 2; | 7100-000 | | $287.05 | $6,733.04 |
| 11/20/2018 | 3007 | Wells Fargo Bank, N.A. | Distribution on Claim #: 3; | 7100-000 | | $5,271.43 | $1,461.61 |

**SUBTOTALS**    $10,469.27    $14,279.09

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-52891-K-7 | | Trustee Name: | Johnny W. Thomas |
| --- | --- | --- | --- | --- |
| Case Name: | RODRIGUEZ, SIMON R. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9880 | | Checking Acct #: | ******2891 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/14/2016 | | Blanket bond (per case limit): | $66,500,000.00 |
| For Period Ending: | 6/28/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/20/2018 | 3008 | PYOD, LLC its successors and assigns as assignee | Distribution on Claim #: 4; | 7100-000 | | $799.22 | $662.39 |
| 11/20/2018 | 3009 | PYOD, LLC its successors and assigns as assignee | Distribution on Claim #: 5; | 7100-000 | | $662.39 | $0.00 |
| 06/07/2019 | 3007 | STOP PAYMENT: Wells Fargo Bank, N.A. | Distribution on Claim #: 3; | 7100-004 | | ($5,271.43) | $5,271.43 |
| 06/07/2019 | 3010 | Clerk, US Bankruptcy Court | over 90 days old | 7100-000 | | $5,271.43 | $0.00 |
| | | | TOTALS: | | $10,469.27 | $10,469.27 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $10,469.27 | $10,469.27 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,469.27 | $10,469.27 | |

| For the period of 12/14/2016 to 6/28/2019 | | For the entire history of the account between 05/08/2017 to 6/28/2019 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $13,000.00 | Total Compensable Receipts: | $13,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,000.00 | Total Comp/Non Comp Receipts: | $13,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13,000.00 | Total Compensable Disbursements: | $13,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,000.00 | Total Comp/Non Comp Disbursements: | $13,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-52891-K-7 | | Trustee Name: | Johnny W. Thomas |
|---|---|---|---|---|
| Case Name: | RODRIGUEZ, SIMON R. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9880 | | Checking Acct #: | ******2891 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/14/2016 | | Blanket bond (per case limit): | $66,500,000.00 |
| For Period Ending: | 6/28/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $10,469.27 | $10,469.27 | $0.00 |

| **For the period of 12/14/2016 to 6/28/2019** | | **For the entire history of the case between 12/14/2016 to 6/28/2019** | |
|---|---|---|---|
| Total Compensable Receipts: | $13,000.00 | Total Compensable Receipts: | $13,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,000.00 | Total Comp/Non Comp Receipts: | $13,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13,000.00 | Total Compensable Disbursements: | $13,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,000.00 | Total Comp/Non Comp Disbursements: | $13,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHNNY W. THOMAS
JOHNNY W. THOMAS